FILED

SEP 15 2016

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| CHARLES K. EDMUNDS JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CV-16-110-BLG-SPW-CSO<br><br>ORDER |

It has been brought to the Court's attention that the Parties' Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in the above-captioned matter was received by the Clerk's Office on September 15, 2016. Therefore,

IT IS HEREBY ORDERED that the Court's non-consent Order (Doc. 9) dated September 14, 2016 is hereby **WITHDRAWN**, as the parties in this case voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case.

1

The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 15th day of September, 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge