IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES K. EDMUNDS, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | CV 16-110-BLG-TJC<br><br>**ORDER OF REMAND** |

  Based on the stipulation of the parties, it is hereby ordered that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the agency will reevaluate Plaintiff's ability to perform his past relevant work, including making specific findings about how Plaintiff actually did his work and comparing those requirements with Plaintiff's residual functional capacity. If the agency concludes that Plaintiff cannot perform his past relevant work, the agency will reevaluate whether Plaintiff could perform other work existing in significant numbers in the national economy, obtaining supplemental vocational expert evidence.

/ / /

/ / /

Upon proper application, Plaintiff may seek an award of reasonable attorney's fees under the Equal Access to Justice Act, 24 U.S.C. § 2412, et seq.

**IT IS ORDERED**.

DATED this 9th day of January, 2017.

                                                                                    _____
TIMOTHY J. CAVAN
United States Magistrate Judge